**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-7588**

―――――――――

M. RODNEY JONES,

Plaintiff - Appellant,

versus

LAURIE F. BESSINGER, Warden; R. STEVENSON,
Associate; T. RILEY, Deputy Warden; GARY D.
MAYNARD, Director, South Carolina Department
of Corrections; JAMES E. SLIGH, JR., South
Carolina Department of Corrections State Class
Director,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(CA-02-2669-24BC-3)

―――――――――

Submitted: January 21, 2003      Decided: February 4, 2003

―――――――――

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

M. Rodney Jones, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

M. Rodney Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. Following the filing of Jones' notice of appeal, but before the appeal was docketed in this court, the district court vacated its order of dismissal pursuant to Fed. R. Civ. P. 60(a), thereby leaving this court with no order to review. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2